IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CORINTHEUS MONICION ASH,

    Plaintiff,

v.                                CASE NO. 5:18cv58-RH/GRJ

A WILSON et al.,

    Defendants.

_____/

**ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5, and the plaintiff's response, ECF No. 8. I have reviewed de novo the issues raised by the response. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on June 9, 2018.

                                      s/Robert L. Hinkle
                                      United States District Judge